# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN JIN LEI, | Case No. 2:12-cv-00714-APG-GWF |
| Plaintiff, | |
| v. | **O R D E R** |
| FIRST-HORIZON HOME LOANS SERVICING, LP, *et al*, | |
| Defendants. | |

On September 6, 2012, the Court entered and served its Notice that Plaintiff had until October 6, 2012 to show proof of service upon defendants First−Horizon Home Loans Servicing, LP and Merscorp, Inc. To date, Plaintiff has not filed such proof of service. Moreover, the only "Proof of Service" documents filed by Plaintiff indicate that Plaintiff mailed Summonses (but not the Amended Complaint) to defendants Mortgage Electronic Registration Systems, Inc. and NationStar Home Loans. Such service by mail is not proper under Fed.R.Civ.P. 4. Moreover, no proof of service is shown with regard to defendant California Reconveyance Company, which may no longer be a party as it was not named in the Amended Complaint.

**IT IS HEREBY ORDERED** that Plaintiff shall have until **July 19, 2013** to file with the clerk of court either (a) proof of proper service on all defendants of the Summons and Amended Complaint, or (b) a brief documenting good cause why such service was

not made by that date. Failure to comply with this Order shall result in automatic dismissal of this action without prejudice.

Dated this 19th day of June, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE